**UNITED STATES DISTRICT COURT**
Southern District **OF NEW YORK**

Eduardo A. Placencia,

Plaintiff(s),

v.

The City of New York
Commissioner of NYCDoc molina Louis
Senior Dep of NYCDoc lynelle Liddie
Chief of Staff mark Cranston
Defendant(s).

**COMPLAINT**

**25 CV 9021**

Case No.,_____
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☑ Yes
☐ No



NOTICE

RECEIVED
OCT 29 2025
PRO SE OFFICE

## I.   LEGAL BASIS FOR COMPLAINT

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Other (please specify) <u>Violation of my Due Process Clause Protected by my 14<sup>th</sup>Amendment</u>

## II.    PLAINTIFF(S) INFORMATION

Name:    _Eduardo A Placencia JR_

Prisoner ID #:    _25B0225_

Place of detention:    _Otisville CF_

Address:    _57 Sanitorium Ave    Otisville, NY 10963_

Indicate your confinement status when the alleged wrongdoing occurred:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

_B?C 4412102051 DIN 19R2378_

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.    DEFENDANT(S) INFORMATION

Defendant No. 1:    _Moling louis_
Name (Last, First)

_Commissioner of the NYCDOC_
Job Title

_75-20 Astoria Blvd_
Work Address

_East Elmhurst_    _NY_    _11376_
City                State                Zip Code

Defendant No. 2:    _Liddie maginley lynelle_
Name (Last, First)

_Senior Deputy of NYDOC_
Job Title

2

75-20 Astoria Blvd
Work Address

East Elmhurst          NY          11370
City                   State       Zip Code

Defendant No. 3:    Cranston Mark
Name (Last, First)

Chief of Staff of the Doc
Job Title

75-20 Astoria Blvd
Work Address

East Elmhurst          NY          11370
City                   State       Zip Code

Defendant No. 4:

_____
Name (Last, First)

_____
Job Title

_____
Work Address

_____
City                   State       Zip Code

3

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

## FIRST CLAIM

Violation of my 14th Amendment and deprived me of my rights protected by the due process clause of the 14th Amendment.

## SECOND CLAIM

Subjected to unconstitutional conditions of confinement

## THIRD CLAIM

## RELIEF REQUESTED

#400.00 dollars a day for every day I spent confine in my cell in NIC from Sep 22, 2022 - Dec 20th 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/8/25

5

Statment's of facts for claim                    10/8/25

On September 19, 2022 I was taken out of General population and placed in Protective Custody for reason's I do not know. I was sent to VCBC for two day's I wrote an Inmate Statment and a grievance Stating I wanted to be taken out of Protective Custody. On September 22, of 2022 I was taken from VCBC and placed in NIC In housing Area 2D for 15teen month's. This Housing area is designed to keep "Problematic Detainee's" in there Cell's for 23 hour's A day with little to No inmate on inmate Contact at all, I was basically Sent to the hole, SHU, Box ect.. with a t.v infront of my Cell. When I asked the C.O's and deputy warden's "why Was I placed Here in this facility" there response was "I Dont know." Roughly 2 month's later I had a hearing to determine why I had been placed here and, the reason fur said placement was for a "Gang" fight/Brawl back in 2019 and a "assault on Staff" from 2018 this is why I am being placed in NIC and Now I am no longer General population but Now I am put in "IPC,(Involuntary Protective Custody). There wasn't any indication of how long I would remain in this Confined Setting, I was placed in this 23 and 1 Setting until whoever put me there wanted to let me go. I then Submitted another Inmate Statment Stating that "I do not want or need Protective Custody and to take me out", I never received a response after I gave the Statment to C.O Johnson.

Statments of facts for claim

Ultimately, After 15teen months of Confinement I was Sent out of NIC to ESH for a weapon's ticket on Dec 20th 2023. At which time I had a hearing on why I was placed in ESH (Enhanced Secured Housing) otherwise known as (ReSh) My Claim is for Compensatory damages for loss of amenity in my prison/Jail living Conditions, loss of the limited liberty enjoyed by myself, resulting from my Segregated Confinement, in that I was Confined for 23 hours a day in my cell and deprived of the ability to work, attend programs, associate with other incarcerated person, attend outdoor recreation in a Congregate Setting with the ability to engage in Sports and other Congregate recreational activities, to attend meals with other incarcerated person's, More So I look to recover injunctive relief, nominal damage's or punitive damages for mental/emotional injuries. But more importantly I am Suing for being placed In Segregation without due process for a long period of time which violated my Constitutional rights and deprived me of liberty.

Sincerly

10/8/25    2580225

3

Statment of facts for claim                    10/8/25

Lastly, when I was sent back to general population after 15teen month's plus 2 months of confinement, I was paranoid being around other people, it felt weird, it felt wrong. I didn't want to talk, I didnt even want to be around other people, I just wanted to stay in my cell alone and that's what I did for about 90 day's. Other inmates had to talk me out of staying in my cell all day, I had to be helped into socializing and congregating with other individuals. But I had been alone for so long that now that's what I'm comfortable with more so then being around other people. I like being alone, I am happy when I'm alone now, I intentionally push people away just so I can be alone. Before all of this I was a very social person but now I'm very quite and stay to myself and I feel being segregated and confined by myself has made me this way and has damaged my social life as well as my personal life with family, friends, and lovers. There's weeks were I dont even want to talk to my family, friends and lovers, to the point were they (family friends lovers) were worried that something happent to me because I didn't call for almost 2 month's while being in that segregated Housing unit.

Sincerly
Edwards
25B0125

10/8/25

In addition to the facts I have stated there was a prior lawsuit for this exact reason and for the same exact housing area and facility (NIC 2nd & 3rd floors), North Infirmary Command for housing inmates in a confined setting without a hearing and holding inmates there for long periods of time, this suit miller vs the city of New York 21-cv-2616 has stated everything I went through and won. I say that to say this, if there was a major constitutional violation's due to this facility's confined housing unit's and it was proven in court why were people including my self still being sent to these confined housing unit's without hearing's or due process? Why didn't the Commissioner of the NYCDoc Louis molina put a end to these housing units and close the 2nd and 3rd floor of NIC? Why did Molina Louis, Liddie Vynelle (Senior Dept of Doc) and Cranstin Mark (Chief of Staff) still allow Inmates to be transfered to these confined housing unit's? These higher up's are to blame as well because if it was brought to the attention of the NYCDoc that this housing area is in major constitutional violations, it was up to these 3 people (molina, Liddie, Cranston) to fix this problem but instead this housing area stayed open and nothing was done about this problem. These 3 people ignored these issues and let Individual suffer for day's / month's / years.

Sincery

25B0225

Exhaustion of Administrative        10/8/25
Remedies

    I have exhausted all of my remedies during this Course of Confinement, from Inmate Statments (two of them to be exact), to grievances Stating that I Shouldn't be In a Confined Setting I have done nothing wrong to be put here and for me to be transfered out of this Confined Setting. I had spoken to multiple C.O's, Dept's, Security personal that have Control over movement, Counselor's, and even visitor's/Higher up's that Come to visit NIC 2 & 3rd floor Confined housing and I asked them to look into why I have been placed here and to move me I do not remember his name but, he Wrote my name down and Said he will look into why I have been placed here. But the reality of it is no matter what you do you will be held in that Confined Setting until they (whoever) feel's like Sending you out of that Confined Setting, As that can be seen In miller vs the City of New York 21-CV-2616.

List of people I have spoken to about moving me
C.O's Johnson, Worrell, Smart, Sands, Louis
Dept's miller, tawia,
Captain, Hernandez
Counselor Sandy

Sincerly
Edward        25 B0225

Previous Lawsuits                               10/8/25

I Eduardo A Placencia JR, have a pending Lawsuit against the City of NY and others in the Southern District Court of New York. This Suit is based on violation's of my Constitutional rights, failure to protect, unconstitutional Conditions of confinement, deliberate indifference to Safety, and Improper Searches and Seizuers. I have also filed loss of property Claims to the Comptroller of New York City for trial Clothes that had been Stolen from me at the Queens Supreme Court house by unknown persons After my trial Case was over. No other lawsuits have been filed on my behalf.

Sincerly

~~[signature]~~

25 B0225

( Relief )                                    10/8/25

In this case I ask for $400.00 dollars a day for ever day I spent in housing area 2D inside of the NIC facility. I spent 15teen month's there from Sep 21 2022 - Dec 20th 2023, that is a total of $182,000 dollars. I would also ask for therapy or Counseling to be paid for me for a year upon reentry to Society.

Sincery                     25 Bo225

Case 1:25-cv-09021-LJL    Document 1    Filed 10/27/25    Page 12 of 12



Eduardo A. Placencia DIN#25B0225
Otisville CF
57 Sanitorium Ave
Otisville, NY 10963

Pro se
U.S. District Court
Southern District of New York
U.S. Court House
500 Pearl Street
Ny, NY 10007-1312

RECEIVED
OCT 29 2025
PRO SE OFFICE

RECEIVED
OCT 27 2025
CLERK'S OFFICE
S.D.N.Y.

UNITED STATES
POSTAL SERVICE®
USPS TRACKING #

9114 9023 0722 4523 1133 19