UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

EDUARDO A. PLACENCIA,

                        Plaintiff,

        -against-

CITY OF NEW YORK, MOLINA LOUIS, LYNELLE
LIDDIE, AND MARK CRANSTON,

                        Defendants.
------------------------------------------------------------------------ x

**WAIVER OF SERVICE**

25-CV-9021 (LJL)

        **To: The Clerk of Court**

        Please enter the appearance of the undersigned as counsel for Defendants City of

New York, Molina Louis, and Lynelle Liddle (hereinafter "City Defendants") in this action.

 Dated: New York, New York
         December 22, 2025

                                 MURIEL GOODE-TRUFANT
                                 Corporation Counsel of the
                                    City of New York
                                 Attorney for City Defendants
                                 100 Church Street
                                 New York, NY 10007
                                 kriddleb@law.nyc.gov
                                 (212) 356-4377

                               By: /s/ Alfred Miller, Jr.
                                   ALFRED MILLER, JR.
                                   Assistant Corporation Counsel