

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KENDRA ELISE**
**RIDDLEBERGER, ESQ.**
*Assistant Corporation Counsel*
*Phone: (212) 356-4377*
*Email: KRiddleb@law.nyc.gov*

**BY ECF**

January 16, 2026

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    *Eduardo A. Placencia v. City of New York, et. al.*
                  25-cv-09021 (LJL)

Dear Judge Liman:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the City of New York, Louis Molina, and Lynelle Liddie, (hereinafter "City Defendants") in the above-referenced case.

Pursuant to the Court's November 20, 2025 Order of Service, the Court requested that Defendants waive service in this matter. A Waiver of Service has been filed for City of New York, Louis Molina, and Lynelle Liddie. We requested an extension of the deadline from December 22, 2025 to January 21, 2026 as to defendant Mark Cranston to determine whether a waiver of service was appropriate. However, as Mr. Cranston has left City service and additional time is still needed to make a determination as to Mr. Cranston, therefore I respectfully request an additional two weeks extension of time, changing the deadline from January 21, 2026 to February 4, 2026. This is the second request for an extension of time to file a Waiver of Service.

Additionally, as the Plaintiff in this matter is an incarcerated individual, we were unable to request his consent from him on this request. Currently there are no scheduled appearances before the Court and this extension would not impact any other deadlines.

Thank you for your consideration of this matter.

                                  Respectfully submitted,
                             ___s/ *Kendra Riddleberger*_____
                             KENDRA ELISE RIDDLEBERGER
                             Assistant Corporation Counsel

cc:    *Eduardo A. Placencia*  via US Mail