UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/24/2026

EDUARDO PLACENCIA,

                Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------------------X

25-cv-9021 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of the notice that the order at Dkt. No. 30, issued on February 25, 2026, was not successfully mailed to Plaintiff and instead returned to the Court on March 23, 2026. Defendants are directed to mail a copy of the order at Dkt. No. 30 and this order to Plaintiff. Defendants are further directed, as provided in the order at Dkt. No. 30, to arrange for Plaintiff to participate in the conference scheduled for March 31, 2026 at 1:30 p.m. telephonically.

      SO ORDERED.

Dated: March 24, 2026
      New York, New York

_____
          LEWIS J. LIMAN
      United States District Judge