USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 08/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUARDO PLACENCIA,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK, et al.,<br><br>Defendants. | 25-cv-9021 (LJL)<br><br><u>ORDER</u> |

LEWIS J. LIMAN, United States District Judge:

The stay of this case is lifted. The parties shall meet and confer and submit a revised case management plan no later than August 7, 2026. Defendant shall respond to Plaintiff's letter motion no later than August 7, 2026. The Court will hold a status conference on this matter on August 10, 2026 at 2:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.

SO ORDERED.

Dated: August 5, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge