USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO PLACENCIA,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

25-cv-9021 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court resolves the disputes over the protective order, *see* Dkt. Nos. 58, 61, as follows:

The Court adopts Defendants' proposed version of Paragraph 7.[1] However, the paragraph should be revised to include the following language: "The 'Confidential' designation should not obscure or interfere with the legibility of the designated document." The use of a watermark is not *per se* obscuring. The Court will address issues regarding whether a designation obscures or interferes with legibility if, as, and when issues arise (after the parties meet and confer).

As to the dispute over Paragraph 13, the Protective Order shall provide that a party objecting to the treatment of information or documents as Confidential Material shall make a motion with the Court to remove the confidentiality designation and that the burden of proof to support such designation will remain at all times with the party seeking to have the information

[1] The numbering of paragraphs is not consistent between Plaintiff's and Defendants' proposed protective orders. The numbering in this order refers to that employed by Defendants. *See* Dkt. No. 61.

or document treated as Confidential Material. The Protective Order shall contain the following provision: "If the Court has granted a motion to remove the confidentiality designation as to particular information or a particular document, such information or document may not be filed under seal with the Court."

As to the dispute over Paragraph 17, the Court strikes Plaintiff's proposed addition. Though the denial of a motion to seal may result in the motion's opponent being able to file the relevant materials on the open docket, the Court need not prejudge the outcome of any particular motion.

Separately, Paragraph 1(B) should be revised to include the language "to the extent that such information and/or document has not already been made public." The Court also strikes Paragraph 1(H).

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 58.

SO ORDERED.

Dated: November 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge