Rickner | Moskovitz

Rob Rickner, Principal | (212) 300-6506 | rob@rmcivilrights.com

VIA ECF

August 4, 2026

Hon. Lewis J. Liman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Eduardo A. Placencia. v. The City of New York, et al. 25-CV-9021 (LJL)

Judge Liman,

We represent the Plaintiff in this matter, Eduardo A. Placencia, as *pro bono* counsel. We write to request a brief stay in this case.

Plaintiff's counsel has a trial in *Rivas v. Onondaga County, et al.*, 19-cv-844 (N.D.N.Y, Sannes, CJ) starting on November 30, 2026 and likely running until around December 15, 2026. Preparations have been an immense amount of work, and will continue to be right up until trial starts. We have previously opposed stays the Defendants requested that they claimed they needed to address settlement. And we continue to hold that position. But Plaintiff's counsel will not be able to handle discovery in this (and several other) cases while preparing for a litigating this trial.

Consequently, we ask that the Court stay this action until December 16, 2026, at which point Plaintiff will promptly meet and confer with Defendants to continue discovery. Defendants consent to this request.

We thank the Court for considering this request.

Respectfully,

/s/

Rob Rickner

The request for a stay is granted. The case management plan at Dkt. No. 64 is vacated. The parties shall submit a joint letter no later than January 4, 2027, requesting that the stay be lifted and enclosing a proposed amended revised case management plan.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

November 18, 2026